UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| CRYSTAL G. COOK | ) | |
| | ) | |
| v. | ) | NO. 2:04-CV-354 |
| | ) | |
| JO ANNE B. BARNHARDT, | ) | |
| Commissioner of Social Security | ) | |

## J U D G M E N T

This is an action for judicial review of the final decision of the defendant Commissioner denying the plaintiff's application for supplemental security income under the Social Security Act.

Pursuant to a memorandum opinion filed herewith, the plaintiff's motion for a judgment on the pleadings is **DENIED**; the defendant's motion for summary judgment is **GRANTED**; and this action is **DISMISSED**.

ENTER:

                                               s/Thomas Gray Hull
                                               THOMAS GRAY HULL
                                                  SENIOR U. S. DISTRICT JUDGE